■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUBY MCNEIL, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (De Lury, J.), rendered January 27, 1983, convicting her of manslaughter in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Since defense counsel failed to request a charge on circumstantial evidence and did not object to the charge as given, the issue of the propriety of the charge is unpreserved for our review (CPL 470.05 [2]; *People v Ford,* 66 NY2d 428; *People v Teeter,* 47 NY2d 1002). Nor was it an abuse of discretion to permit the photographs of the crime scene to be introduced into evidence *(People v Bell,* 63 NY2d 796; *People v Pobliner,* 32 NY2d 356, *cert denied* 416 US 905; *People v Parsons,* 112 AD2d 250). Eiber, J. P., Kooper, Sullivan and Balletta, JJ., concur.